UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2014 FEB -3 PM 12: 26
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Dennis L. Maxberry,
P. O. Box 14081 West Allis, WI 53214

vs.    Case no. 13-cv-802-bbc

United States of America at
United States Attorney at
362 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

## NOTICE OF APPEAL

Now comes the Petitioner DLM who motions the Court with leave and files Notice of Appeal. Wherefore, with this notice the name changes the Appeal from: Maxberry vs. Keller University and Devry University at 411 East Wisconsin Avenue, Milwaukee, WI 53202.

Wherefore, the case now becomes the following: The Respondents through Attorney and Judge Sabotage violated the Petitioner 4th, 6th, 7th, 13th 14th, and 15th Amendment rights to a hearing and when the Petitioner decided to request change of venue they acted to monopolize the Court System.

Respectfully Submitted,

_____,
Dennis L. Maxberry
P. O. Box 14081
West Allis, WI 53214

## CERTIFICATION

This is to certify that a true and concise copy has been sent to the United States Attorney at 362 United States Courthouse 517 East Wisconsin Avenue Milwaukee, WI 53202. On this the ___31___ day of ___Jan___, 2014.

_____,
Dennis L. Maxberry

2014 FEB -3 PM 12:27
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

DOC NO
REC'D/FILED