IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DENNIS L. MAXBERRY,

                                          ORDER

        Plaintiff,

                                         13-cv-802-bbc

    v.

KELLER GRADUATE SCHOOL OF
MANAGEMENT AS DEVRY UNIVERSITY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        In an order dated January 27, 2014, I dismissed plaintiff Dennis L. Maxberry's proposed complaint because it violated Fed. R. Civ. P. 8 and gave him until February 10, 2014 to file an amended complaint. In addition, I warned plaintiff that his failure to respond to the court's order would result in dismissal of this case. It is now February 20, 2014, and plaintiff has not filed an amended complaint or otherwise responded to the court's order, except to file a notice of appeal of the January 27 order.

        Accordingly, IT IS ORDERED that this case is DISMISSED for plaintiff Dennis Maxberry's failure to state a claim upon which relief may be granted. The clerk of court is directed to enter judgment in favor of defendant and close the case.

        Entered this 20th day of February, 2014.

                                                BY THE COURT:
                                                /s/
                                                BARBARA B. CRABB
                                                District Judge